UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

PRISCILIANO CRISTOBAL BONIFACIO,

                        Plaintiff,                        *Civil Action No.*

    -against-                                     **1:19-cv-11689-JPC**

NICK LUGO TRAVEL CORP. ET AL,

                        Defendants.

--------------------------------------------------------X

## **NOTICE OF SETTLEMENT**

    PLEASE TAKE NOTICE that Plaintiff, PRISCILIANO CRISTOBAL BONIFACIO, and Defendant NICK LUGO TRAVEL CORP. and 229 BROWN PLACE LLC hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

    Dated: November 30, 2020

                                                                     By:_____
                                                                         Bradly G. Marks
                                                                         The Marks Law Firm, PC
                                                                         175 Varick Street, 3rd Fl
                                                                         New York, NY 10014
                                                                         T:(646) 770-3775